### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

BETTY KING,

    Plaintiff,

v.                                          CASE NO. 3:06-cv-808-J-TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

## O R D E R

This case is before the Court on Plaintiff's Notice of Substitution of Party, which the Court construes as a motion to substitute a party (Doc. #25, Motion).[1]  The Court has reviewed the Motion and has found a procedural deficiency that warrants striking it from the record.  Specifically, there is no certifying statement contained within the Motion that would verify compliance with Local Rule 3.01(g), United States District Court, Middle District of Florida.

The importance of the procedural rules cannot be overstated.  All counsel are expected to be familiar with and comply with all applicable rules of this Court.  With respect to Local Rule 3.01(g), the court has noted "[t]he purpose of the rule is to require the parties to communicate and resolve certain types of disputes without court intervention." *Desai v. Tire Kingdom, Inc.*, 944 F.Supp. 876 (M.D. Fla. 1996).  At least one magistrate judge in the Middle District of Florida has construed the mandates of Rule 3.01(g) to "mean to speak

---

[1] Pursuant to Rule 25 of the Federal Rules of Civil Procedure, to substitute a party, both a statement noting the death of the party (*i.e.* a Suggestion of Death) and a motion to substitute the party must be filed with the Court.

to each other in person or by telephone, in a good faith attempt to resolve disputed issues." *Davis v. Apfel*, 2000 WL 1658575 (M.D. Fla. 2000).  Many disputes are more easily resolved when the parties actually speak with each other.

Although the Court recognizes that Plaintiff's counsel may have inadvertently omitted a Local Rule 3.01(g) certifying statement from the Motion, the Court nevertheless will strike the Motion so that any refiled or future motions may be more expeditiously ruled upon.

Thus, upon due consideration, it is hereby

**ORDERED:**

Plaintiff's Notice of Substitution of Party (Doc. #25), which the Court construes as a motion to substitute a party, shall be **STRICKEN from the record**.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of July, 2008.

Copies to all counsel of record
         and *pro se* parties, if any

THOMAS E. MORRIS
United States Magistrate Judge